# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEFING ORDER

January 6, 2020

|  | SHAWN PATTERSON,<br>Plaintiff - Appellant |
| --- | --- |
| No. 19-2917 | v. |
|  | MATT BAKER, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
| --- |
| District Court No: 1:13-cv-01121-MMM-JEH<br>Central District of Illinois<br>District Judge Michael M. Mihm |

The District Court **GRANTED** the pro se appellant leave to proceed on appeal in forma pauperis and has now received payment of the initial partial filing fee.

**IT IS ORDERED** that briefing will proceed as follows:

1.  The Appellant's brief of Shawn Patterson will be due by February 5, 2020 for 19-2917.

2.  The Appellee's brief of Matt Baker, Todd Frederickson, and Raul Martinez will be due by March 6, 2020 for 19-2917.

3.  The Appellant's reply brief of Shawn Patterson, if any, will be due by March 27, 2020 for 19-2917.

**IT IS FURTHER ORDERED** that the district court collect the remainder of the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). _Newlin v. Helman_, 123 F.3d 429, 433 (7th Cir. 1997).

NOTE:

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir.R. 34(e).

form name: **c7_PLRA_dc_gr_br**(form ID: **150**)